IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ALICIA LONEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1452-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL ASTRUE, Commissioner | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Merrill Schneider
Schneider Law Offices
P. O. Box 16310
Portland, Oregon  97292-0310

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

David Morado
Regional Chief Counsel
David M. Blume
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this _____18th_____ day of November, 2008.

                                      /s/Garr M. King
                                      Garr M. King
                                      United States District Judge